1  HEATHER E. WILLIAMS, CA SBN 122664
   Federal Defender
2  CHRISTINA M. CORCORAN, NY Bar # 5118427
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   MARK A. PAYNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:17-po-00584-JLT |
|---|---|
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER FOR REVIEW HEARING AND TELEPHONIC/ VIDEO CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| MARK A. PAYNE, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Mark A. Payne, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for the review hearing on February 4 and that he be allowed to appear telephonically. This Court, pursuant to Rule 43(b)(2), has the authority to allow Mr. Payne to appear by telephone for the upcoming review hearing.

Mr. Payne currently lives in rural Nevada, about an hour outside of Las Vegas. He is without a valid driver's license and a vehicle, and thus has no means by which to travel to a federal courthouse. Accordingly, Mr. Payne respectfully requests this court to permit him to appear telephonically.

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 28, 2020

*/s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
MARK A. PAYNE

## **O R D E R**

**GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance at the February 4, 2020 hearing and to appear via telephone is GRANTED. No later than 9:00 a.m., he SHALL call into the Court's teleconference service by dialing (888) 557-8511 and enter access code 1652736. He SHALL wait quietly on the line until his case is called.

IT IS SO ORDERED.

Dated: **January 29, 2020**    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE